IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


GLENN D. DELPH                                                    Plaintiff

v.                              5:05CV00148 JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                          Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 21st day of September, 2006.


                                        /s/ John F. Forster, Jr.
                                    UNITED STATES MAGISTRATE JUDGE